# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

DENNIS EARL LAMAR, AIS 242959,  :

    Petitioner,  :

vs.  :  CA 13-0422-WS-C

GARY HETZEL,  :

    Respondent.

## <u>ORDER</u>

After due and proper consideration of all portions of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated May 5, 2014 is **ADOPTED** as the opinion of this Court.

    **DONE** this 9th day of June, 2014.

        **s/WILLIAM H. STEELE**
        **CHIEF UNITED STATES DISTRICT JUDGE**