# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| DENNIS EARL LAMAR, AIS 242959, | : | |
| Petitioner, | : | |
| vs. | : | CA 13-0422-WS-C |
| GARY HETZEL, | : | |
| Respondent. | | |

## **JUDGMENT**

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's rights were not violated in this cause and that his request for federal habeas corpus relief, pursuant to 28 U.S.C. § 2254 (Doc. 1), is **DENIED**. Petitioner is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal *in forma pauperis*.

**DONE** this 9th day of June, 2014.

    s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**